IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM J. BERRIOZ** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **NANCY GIROUX, THE DISTRICT** : | |
| **ATTORNEY OF THE COUNTY OF** : | |
| **PHILADELPHIA and THE ATTORNEY** : | |
| **GENERAL OF THE STATE OF** : | |
| **PENNSYLVANIA** : | **NO. 16-1613** |

## ORDER

**NOW**, this 13th day of March, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the petition, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document 11), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ Timothy J. Savage, J.
TIMOTHY J. SAVAGE,   J.